

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00653-CV

The Cameron County District Attorney in his Official Capacity representing
the State of Texas
v.
JLM Games and GGL Vendor Leasing LLC

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2017-DCL-7569-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Costs of the appeal are adjudged against appellees, JLM Games and GGL Vendor Leasing LLC.

We further order this decision certified below for observance.

November 14, 2019